Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATHEW GARY RAY, aka MATTHEW GARY RAY,<br><br>　　　　　Defendant/Judgment Debtor,<br><br>　　　　　and<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　Garnishee. | NO. 3:15-mc-05016-BHS<br><br>(3:11-cv-05056-BHS)<br><br>**[Proposed] Order Terminating Garnishment Proceeding without Prejudice**<br><br>Note for Motion Calendar:<br>**April 22, 2015** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding without Prejudice. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated without prejudice, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated without prejudice and that the Garnishee, Bank of America, N.A., is authorized to return to Defendant/Judgment Debtor Mathew Gary Ray, all property it withheld pursuant to this Garnishment, and is relieved of further responsibility pursuant to this garnishment.

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING WITHOUT
PREJUDICE (*USA v. Mathew Gary Ray and Bank of America, USDC Nos. 3:15-mc-05016-BHS / 3:11-cv-05056-BHS*) – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 23 day of April, 2015.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING WITHOUT
PREJUDICE (USA v. Mathew Gary Ray and Bank of America, USDC Nos. 3:15-mc-05016-
BHS / 3:11-cv-05056-BHS) – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970